USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/12/2026__

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHERYL BUTLER-ADAMS, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>LOUIS VUITTON NORTH AMERICA, INC.,<br><br>          Defendant. | **Case No.: 1:25-cv-7109**<br>**Judge: Analisa Torres** |
| EMMANUEL MIAMEN and TIFFANY HAWES, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>LOUIS VUITTON NORTH AMERICA, INC.,<br><br>          Defendant. | **Case No.: 1:25-cv-7183**<br>**Judge: Analisa Torres** |
| ANABEL GODINEZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>LOUIS VUITTON NORTH AMERICA, INC.,<br><br>          Defendant. | **Case No.: 1:25-cv-7280**<br>**Judge: Analisa Torres** |
| ALEXIS MORAN, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>LOUIS VUITTON NORTH AMERICA, INC.,<br><br>          Defendant. | **Case No.: 1:25-cv-7241**<br>**Judge: Analisa Torres** |

1

| | |
|---|---|
| TERESITA GUANZON on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> LOUIS VUITTON NORTH AMERICA, INC., <br><br> Defendant. | **Case No.: 1:25-cv-7240** <br> **Judge: Analisa Torres** |
| ADRIANA WINKLER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> LOUIS VUITTON NORTH AMERICA, INC., <br><br> Defendant. | **Case No.: 1:26-cv-00702** <br> **Judge: Analisa Torres** |

## <u>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL AND AN EXECUTIVE COMMITTEE</u>

Having reviewed Plaintiffs' Unopposed Motion to Consolidate Cases and Appoint Interim Class Counsel and an Executive Committee (the "Motion"), the Parties' briefing on the same, and for good cause shown, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1.      Butler-Adams v. Louis Vuitton North America, Inc.  No. 1:25-cv-7109; Miamen v. Louis Vuitton North America, Inc., No. 1:25-cv-7183; Godinez v. Louis Vuitton North America, Inc., No. 1:25-cv-7280; Moran v. Louis Vuitton North America, Inc., No. 1:25-cv-7241; Guanzon v. Louis Vuitton North America, Inc., No. 1:25-cv-7240; and Winkler v. Louis Vuitton North America, Inc., No. 1:26-cv-00702 (the "Related Cases") are consolidated pursuant to Fed. R. Civ. P. 42(a);

2. Consolidation of the Related Cases is appropriate because each of the actions arise from the same nucleus of operative facts. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary;

3. The Related Cases are consolidated under the docket number of the first-filed Butler-Adams action, No. 1:25-cv-7109, presently before this Court and filed in this District, and any future related actions arising from the same data breach as the Related Cases which may be filed in, removed to, or transferred to this Court, under the low-numbered case with the caption In re Louis Vuitton North America, Inc. Data Breach Litigation;

4. Pursuant to Federal Rule of Civil Procedure 23(g), Daniel Srourian of Srourian Law Firm, P.C. and Hunter Bryson of Bryson, Harris, Suciu & DeMay, PLLC are hereby appointed Interim Co-Lead Class Counsel for Plaintiffs and Israel David of Israel David LLC, Amber Schubert of Schubert Jonckheer & Kolbe LLP, Mark Reich of Levi & Korsinksky, LLP, and Steven Nathan of Hausfeld, LLP are hereby appointed as members of an Executive Committee for Plaintiffs, with Steven Nathan serving as Chairperson of the Executive Committee;

5. All deadlines in the Related Cases are vacated; and

6. Plaintiffs shall file a Consolidated Class Action Complaint within thirty (30) days of the Order; and

7.      In accordance with the Court's January 12, 2026 Order, Defendant shall respond to the Consolidated Class Action Complaint within forty-five (45) days after the Consolidated Class Action Complaint is filed, and the parties shall file a joint letter and proposed case management plan within sixty (60) days after the Consolidated Class Action Complaint is filed;

By **June 11, 2026**, Plaintiffs shall file their consolidated class action complaint. The Clerk of Court is respectfully directed to consolidate these matters under the caption *In re: Louis Vuitton North America, Inc. Data Breach Litigation*, case number 25 Civ. 7109.

SO ORDERED.

Dated:  May 12, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge

4